CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

MAR 10 2023

LAURA A. AUSTIN, CLERK
BY: /s/ _____
DEPUTY CLERK

For Clerk's Office Use

| Judge | Rec'd |
|-------|-------|
| D     |       |

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983** or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

William Rodriguez
**Plaintiff full name**

410366
**Inmate No.**

v.

CIVIL ACTION NO. 7:23-cv-00147

Albermarle Charlottervill Regional Jail
**Defendant(s) full name(s)**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A. Current facility and address: 160 Peregory lane other Charlottesville V.A. 22901

B. Where did this action take place? Inside Jail (Kitchen)

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes   ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

X Yes   _____ No

1. If your answer is Yes, indicate the result:
They where investigating the incident.

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

I have been discriminated against for speaking spanish in the kitchen. Kitchen staff Karen Gilliam constantly harrasing me. Made alot of complaints but nothing has changed.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

Accusing me of drinking Alchol with her in the back storage room. Threats of my job not gonna last long and unnessasary harrasments.

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Legal Action (Justice to be served)

G. If this case goes to trial do you request a trial by jury?  Yes __X__  No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 3/1/23      SIGNATURE: William Ro___

VERIFICATION:
I, __William Rodriguez__, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 3/1/23      SIGNATURE: Will R___

William Rodriguez # 410366
160 peregory lane
Charlottesville V.A. 22901



Clerk, United States District Court
210 franklin Road, SW, Suite 540
Roanoke, V.A. 24011-2208